IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY MARKS,

    Plaintiff,

v.

Case No. 21-cv-15

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This matter coming before the Court on the parties' Stipulation For Attorney Fees Under the Equal Access to Justice Act, and the Court, being duly advised, it is hereby ordered that:

Plaintiff be awarded $6,148.06 (six thousand one hundred forty-eight dollars and six cents) in fees and $0.00 (zero dollars and zero cents) in costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. After the Court enters this award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney.

Entered on this 29TH day of SEPTEMBER, 2021.

BY THE COURT:

*James D. Peterson*

HONORABLE JAMES D. PETERSON
United States District Judge